[No. 10774–1–II.   Division Two.   May 10, 1988.]

GEORGE HOUSTON, *Appellant,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85–2–03703–6, Nile E. Aubrey, J., entered February 27, 1987. *Reversed* by unpublished opinion per Petrich, J., concurred in by Alexander, A.C.J., and Worswick, J.

[No. 10039–8–II.   Division Two.   May 11, 1988.]

RICHARD LAGESSE, *Appellant,* v. THE CITY OF VANCOUVER, *Respondent.*

Appeal from a judgment of the Superior Court for Clark County, No. 84–2–01476–1, John N. Skimas, J., entered June 25, 1986. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Reed, C.J., and Petrich, J.

[No. 8468–0–III.   Division Three.   May 12, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLENE KAY ALBOTT, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 86–1–00523–5, Harold D. Clarke, J., entered March 9, 1987. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.